UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONAN LEE MORGAN,<br><br>                    Petitioner,<br><br>            v.<br><br>JAMES E. TILTON, Secretary,<br><br>                    Respondent. | Civil No.   07-cv-0284-BTM (POR)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR AN EXTENSION OF TIME** |

On May 14, 2008 Respondent filed an answer to this Petition for a Writ of Habeas Corpus. (Dkt. No. 20).  Petitioner, a state prisoner proceeding *pro se*, was ordered to file a traverse to the matters raised in the answer no later than June 13, 2008.  On June 16, 2008, Petitioner filed a motion for an extension of time to file his traverse. (Dkt. No. 23.)  The motion is dated June 3, 2008.

In a declaration accompanying his motion for an enlargement of time, Petitioner represents that he did not receive the Court's order setting a deadline for his traverse until May 30, 2008. Petitioner further asserts in his declaration that his prison work schedule allows him only one day per week to access his prison's law library.  Petitioner requests an additional thirty days  to file his traverse.

The Court finds good cause to grant Petitioner's request and therefore, IT IS HEREBY ORDERED that Petitioner may file a traverse to the matters raised in the answer no later than **August 1, 2008**.  The traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in

- 1 -

1  the Petition.  Grounds for relief withheld until the traverse will not be considered.  The traverse shall
2  not exceed ten (10) pages in length absent advance leave of Court for good cause shown.
3       Unless otherwise ordered by the Court, this case shall be deemed submitted on the day
4  following the date Petitioner's opposition is due.
5       **IT IS SO ORDERED.**
6
7  DATED:  June 24, 2008
8
                                                      _____
9                                                     LOUISA S PORTER
                                                      United States Magistrate Judge
10
11  cc:        The Honorable Barry Ted Moskowitz
12             All parties